UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:22-CV-00162-FDW

| | |
|---|---|
| LEONARD WAYNE INGRAM, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss this Civil Action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For the reasons set forth in Plaintiff's Motion, this Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss, (Doc. No. 16), is GRANTED, and this Civil Action is hereby DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: February 21, 2023

_____
Frank D. Whitney
United States District Judge